FILED
July 13, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S-07-0266 FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DANG VANG, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANG VANG  , Case No.  CR S-07-0266 FCD  , Charge  18 USC §§ 371; 960; 956; 2332  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ 865,000.00  Vacarro bond secured by property

_X_   Vacarro Unsecured Appearance Bond  to be replaced by secured property bond within 14 days of today's date

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)  Pretrial Services Supervision of Conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 13, 2007  at  3:00  pm.

By _____
Dale A. Drozd
United States Magistrate Judge