HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
hhgable@pacbell.net

Attorney for Defendant
DANG VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>DANG VANG<br><br>           Defendant(s). | No. 2:07 -CR -0266 FCD<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT TO SEEK EMPLOYMENT WHILE ON PRETRIAL RELEASE** |

   Plaintiff, United States of America (government), by and through its counsel, Asst. U.S. Attorney Robert M. Twiss, and defendant, Dang Vang, by and through his counsel, Hayes H. Gable, III, agree and stipulate that, notwithstanding any other terms and conditions of his pretrial release, defendant be allowed to leave his residence with the prior knowledge and consent of the pretrial services officer, to seek employment as follows:

   1.   ABC Heating and Air Conditioning
        4925 E. Turner Ave.
        Fresno, CA 93727

/////

/////

    2.    Zipanqu Japanese Restaurant
           5096 N. West Ave.
           Fresno, CA

    3.    Fresno Fairgrounds Swap Meet
           Fresno, CA

    4.    Program Development & Proposal Writer for Community Non-profit
           Organizations in the Fresno Area.

It is further agreed and stipulated that any job offer that may be tendered as a result of the defendant's efforts shall be subject to prior approval by the government. Counsel for defendant his spoken to Pretrial Services Officer Rebecca Fiddleman, who has no objection to this arrangement.

IT IS SO STIPULATED.

Dated: September 19, 2007

           /s/ Robert M. Twiss
           ROBERT M. TWISS
           Asst. U.S. Attorney

Dated: September 19, 2007

           /s/Hayes H. Gable, III
           HAYES H. GABLE, III
           Attorney for Defendant
           Dang Vang

IT IS SO ORDERED.

DATED: September 20, 2007.

           DALE A. DROZD
           UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vang0266.stiprod