HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
hhgable@pacbell.net

Attorney for Defendant
DANG VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            Plaintiff,<br><br>    vs.<br><br>**DANG VANG**,<br><br>            Defendant. | No. 2:07 -CR - 0266 FCD<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

    Plaintiff, United States of America (government), by and through its counsel, Asst. U.S. Attorney Robert M. Twiss, and defendant, Dang Vang, by and through his counsel, Hayes H. Gable, III, agree and stipulate that the terms and conditions of defendant's pretrial release be modified as follows:

    1.  Special Conditions of Release (SCR) no. 3 is modified to add as an additional reason for approval of absenting from the house "employment."

    2. nos. 6 and 7 are deleted.  The defendant is removed from the home confinement program (including home incarceration, home detention, and curfew components).

    3. SCR no. 10 is modified to read "Subject to the approval of the pretrial services officer, you may possess and access a cell phone in the course and scope of your employment."

1    4. SCR no. 11 is modified to add "and in the course and scope of your employment."

2    5. SCR no. 14 is modified to read as follows: "Subject to the approval of the pretrial services officer, you may use and possess a computer in the course and scope of your employment. Any other use of a computer is prohibited.

This modification shall remain in effect for 60 days from the date that it is entered on the docket and shall be re-evaluated at that time to determine if it should be continued or modified.

IT IS SO STIPULATED.

Dated: December 11, 2007

    /s/ Robert M. Twiss
ROBERT M. TWISS
Asst. U.S. Attorney

Dated: December 11, 2007

    /s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
Dang Vang

IT IS SO ORDERED.

DATED: December 11, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/vang0266.stipord(3)