1  HAYES H. GABLE, III
   Attorney at Law  - SBN 060368
2  428 J Street, Suite 354
   Sacramento, California 95814
3  Telephone: (916) 446-3331

4  Attorney for Defendant
   DANG VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR. S-07-266 FCD |
| v. | ) | **WAIVER OF DEFENDANT'S PRESENCE** |
| **DANG VANG,**<br>**aka David Vang,** | ) | |
| Defendant(s). | ) | |

The defendant, Dang Vang, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18

////

////

////

1

U.S.C. Sections 3161 - 3174 (Speedy Trial Act), and has authorized his attorney to set times and delays under the provisions of that Act without defendant being present.

Dated: March 13, 2010

      /s/Dang Vang
**DANG VANG**
Defendant

**APPROVED:**

      /s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: March 15, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2