HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
hhgable@pacbell.net

Attorney for Defendant
DANG VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 2:07-CR-0266 FCD |
| Plaintiff, | **ORDER EXONERATING BOND** |
| vs. | |
| **DANG VANG**, | |
| Defendant. | |

On July 12, 2007, Mr. Vang was ordered released on a $765,000 Vacarro Bond. On July 27, 2007, the following properties were posted and deeds of trust and promissory notes were recorded against them:

1. 2252 North Garfield St, Fresno, California 93722
   Owner: Dang Vang

2. 49 Magnolia Avenue, Clovis, California 93611
   Owner: Yia Vang

3. 4316 East Thomas Avenue, Fresno, California 93702
   Owner: Yang Vang

4. 2304 East University Avenue, Fresno, California 93703
   Owner: Vang Tou Ly

5.  2561 West Acacia Avenue, Fresno, California 93722
     Owner: Doua Xiong

6.  5622 West Acacia Avenue, Fresno, California 93722
     Owner: Pa Vang

The above captioned matter has now been dismissed. It is hereby requested that the Vacarro bond referenced above be exonerated and that the Clerk of the District Court be directed to reconvey back to the Surities, the Deeds of Trust and Promissory Notes.

Dated: February 24, 2011

Respectfully submitted,

  /s/Hayes H. Gable, III
HAYES H. GABLE, III
Attorney for Defendant
DANG VANG

## ORDER

It is hereby ordered that the Vacarro bond in the amount of $765,000, posted by and secured by a deeds of trust and promissory notes from the following property and persons by:

1.  2252 North Garfield St, Fresno, California 93722
     Owner: Dang Vang

2.  49 Magnolia Avenue, Clovis, California 93611
     Owner: Yia Vang

3.  4316 East Thomas Avenue, Fresno, California 93702
     Owner: Yang Vang

4.  2304 East University Avenue, Fresno, California 93703
     Owner: Vang Tou Ly

5.  2561 West Acacia Avenue, Fresno, California 93722
     Owner: Doua Xiong

6.  5622 West Acacia Avenue, Fresno, California 93722
     Owner: Pa Vang

is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable

///

///

///

1 | to reconvey back to the Trustor, the Deeds of Trust and Promissory Notes.

2 | Dated: February 24, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE