HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
hhgable@pacbell.net

Attorney for Defendant
DANG VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:07-CR-0266 FCD |
|---|---|
| Plaintiff, | |
| vs. | **ORDER FOR RETURN OF DEFENDANT'S PERSONAL PROPERTY** |
| **DANG VANG**, | |
| Defendant. | |

The above-captioned matter having been dismissed by this Court on January 10, 2011 and bail having been exonerated (*See* January 10, 2011 Order Dismissing Charges Against All Defendants, Docket Entry # 688), the personal property of defendant Dang Vang, including his U.S. Passport, is to be returned to the defendant forthwith..

Dated: February 24, 2011

                                            Respectfully submitted,

                                             /s/Hayes H. Gable, III
                                            HAYES H. GABLE, III
                                            Attorney for Defendant
                                            DANG VANG

**ORDER**

**IT IS SO ORDERED.**

Dated: February 24, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE