HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone: (916) 446-3331
hhgable@pacbell.net

Attorney for Defendant
DANG VANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DANG VANG**,<br><br>Defendant. | No. 2:07-CR-0266 FCD<br><br>**ORDER EXONERATING BOND** |

On July 12, 2007, Mr. Vang was ordered released on a $765,000 Vacarro Bond. On July 27, 2007, the following property was posted and a deed of trust and promissory note was recorded against it:

   4925 East Turner Ave.
   Fresno, CA 93727
   Owner: Lisa Saecheo

The above captioned matter has now been dismissed. It is hereby requested that the Vacarro bond referenced above be exonerated and that the Clerk of the District Court be

///

///

///

1

1 directed to reconvey back to the Surety, the Deed of Trust and Promissory Note.

2 Dated: February 28, 2011

3                                             Respectfully submitted,

5                                              /s/Hayes H. Gable, III
                                              HAYES H. GABLE, III
6                                             Attorney for Defendant
                                              DANG VANG

8                                    **ORDER**

9     It is hereby ordered that the Vacarro bond in the amount of $765,000, posted by and

10 secured by a deed of trust and promissory note from the following property and person:

11     4925 East Turner Ave.
       Fresno, CA 93727
12     Owner: Lisa Saecheo

13 is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable

14 to reconvey back to the Trustor, the Deed of Trust and Promissory Note.

15 Dated: February 28, 2011

                                            _____
                                            FRANK C. DAMRELL, JR.
                                            UNITED STATES DISTRICT JUDGE