1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 354
3  Sacramento, CA 95814
   Telephone: (916) 446-3331
4  hhgable@pacbell.net

5  Attorney for Defendant
   DANG VANG
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
                                            No. 2:07-CR-0266 FCD
12 **UNITED STATES OF AMERICA,**

13              Plaintiff,
                                            **ORDER EXONERATING BOND**
14      vs.

15 **DANG VANG**,

16              Defendant.

17

18

19      On July 12, 2007, Mr. Vang was ordered released on a $765,000 Vacarro Bond. On

20 July 27, 2007, the following property was posted and a deed of trust and promissory note was

21 recorded against it:

22      2333 North Price Avenue
        Fresno, CA 93703
23      Owner: Dang Vang

24      The above captioned matter has now been dismissed. It is hereby requested that the

25 Vacarro bond referenced above be exonerated and that the Clerk of the District Court be

26 ///

27 ///

28 ///


                                  1

1 directed to reconvey back to the Surety, the Deed of Trust and Promissory Note.

2 Dated: March 1, 2011

                                                Respectfully submitted,

                                                /s/Hayes H. Gable, III  
                                                HAYES H. GABLE, III  
                                                Attorney for Defendant  
                                                DANG VANG

## **ORDER**

It is hereby ordered that the Vacarro bond in the amount of $765,000, posted by and secured by a deed of trust and promissory note from the following property and person:

    2333 North Price Avenue  
    Fresno, CA 93703  
    Owner: Dang Vang

is hereby exonerated, and that the Clerk of the District Court is directed as soon as practicable to reconvey back to the Trustor, the Deed of Trust and Promissory Note.

Dated: March 2, 2011

                                                FRANK C. DAMRELL, JR.  
                                                UNITED STATES DISTRICT JUDGE